In the Matter of HAZEL MARCUS, Appellant. R. H. MACY & Co., INC., Respondent.

Submitted May 28, 1951; decided June 1, 1951.

*Abraham Marcus* and *William Rosenfeld* for motion.
*George Siegel* opposed.

Motion granted on condition appellant pays $10 costs of motion and files return within ten days.